1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No.057117
2  PATRICK L. FINLEY, Bar No. 070827
   JAMES M. HANLON, JR., Bar No. 214096
3  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
4  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
5  Facsimile: (925) 945-1975

6  Attorneys for Plaintiff
   Guadalupe Associates, Inc. d/b/a/ Ignatius Press
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   GUADALUPE ASSOCIATES, INC.,         )   Case No. C 07 0199
12 D/B/A  IGNATIUS PRESS,              )
                                       )
13                Plaintiff,           )   **NOTICE OF VOLUNTARY**
                                       )   **DISMISSAL**   AND ORDER
14       vs.                           )
                                       )
15 DOUBLEDAY & COMPANY, INC.;          )
   RCS LIBRI S.p.A.; and LIBRERIA      )   **Judge:  Hon. Phyllis J. Hamilton**
16 EDITRICE VATICANA,                  )
                                       )
17                Defendants.          )
                                       )
18 _____ )

19

20       NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a), plaintiff

21 voluntarily dismisses the above-captioned action without prejudice.  No Summons or Complaint

22 has been served on any defendant, and this voluntary dismissal is as of right.

23 ///

24 ///

25 ///

26 ///

27 ///

28
                                      - 1 -

1  Dated: January 26, 2007

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
PATRICK L. FINLEY
JAMES M. HANLON, JR.
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

By _____
Attorneys for Plaintiff
Guadalupe Associates, Inc.
d/b/a Ignatius Press

1/30/07

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF VOLUNTARY DISMISSAL